**Wesley R. NESSELROTTE, Claimant–Appellee,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent– Appellant.**

**No. 2005–7025.**

United States Court of Appeals, Federal Circuit.

March 5, 2008.

Before PROST, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and MOORE, Circuit Judge.

PER CURIAM.

### ORDER

The Secretary of Veterans Affairs responds to the court's December 4, 2007 order and requests that the court summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in *Nesselrotte v. Principi*, 02–1661 (July 22, 2004).

The Board of Veterans' Appeals denied an increased disability rating for Wesley R. Nesselrotte's service-connected post-traumatic stress disorder. The Court of Appeals for Veterans Claims vacated the Board's decision and remanded the case to the Board, and the Secretary appealed.

This case was stayed pending the court's disposition in *Roan v. Principi,* 2004–7093, which was stayed pending the court's disposition in *Sanders v. Nicholson,* 487 F.3d 881 (Fed.Cir.2007), and its companion case *Simmons v. Nicholson,* 487 F.3d 892 (Fed. Cir.2007). In *Sanders,* this court held that any 38 U.S.C. § 5103(a) error should be presumed prejudicial and the Secretary has the burden of rebutting this presumption. *Id.* at 891.

The court agrees that summary affirmance of the judgment vacating and remanding to the Board is appropriate in light of our decisions in *Simmons* and *Sanders.*

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the Court of Appeals for Veterans Claims is summarily affirmed. The case is remanded.

(3) Each side shall bear its own costs.